**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439 )
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

**HOLZER & HOLZER LLC**
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. POSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL J. RAPINO, JOE BERCHTOLD, and JARED SMITH,<br><br>Defendants. | Case No.: 2:18-cv-03242-SVW-E<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND APPROVING CO-LEAD COUNSEL**<br><br>Date:  July 16, 2018<br>Time:  1:30 p.m.<br>Ctrm:  10A – 10th Floor<br>Judge: Hon. Stephen V. Wilson |

1 WHEREAS, on April 18, 2018, Plaintiff Kathryn A. Poser ("Poser") commenced the above-captioned purported class action lawsuits against Live Nation Entertainment, Inc. ("Live Nation"), Michael J. Rapino, Joe Berchtold, and Jared Smith, Case No. 2:18-cv-03242-SVW-E;

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(A)(i)(I-II) (the Private Securities Litigation Reform Act or "PSLRA"), counsel for Poser caused to be published a Notice of Pendency on *Businesswire* on April 18, 2018, advising members of the purported Class of, *inter alia*, (1) the pendency of the action; (2) the claims asserted therein; (3) the purported Class Period; and (4) that, not later than 60 days after the date on which the Notice was published, any member of the Purported Class could move the court to serve as Lead Plaintiff of the Class;

WHEREAS, on June 18, 2018, movant Christopher Hawkinson ("Hawkinson") timely filed a motion for his appointment as Lead Plaintiff and approval of his choice of counsel as Lead Counsel;

WHEREAS, also on June 18, 2018, Plaintiff Kathryn A. Poser ("Poser") timely filed a motion for her appointment as Lead Plaintiff and approval of hier choice of counsel as Lead Counsel;

WHEREAS, no other motions for lead plaintiff were filed by June 18, 2018, the deadline by which class members were required to move to be appointed lead plaintiff under 15 U.S.C. §78u-4(a)(3)(A) and (B);

WHEREAS, as of the date of this stipulation, Hawkinson and Poser remain the only class members that have filed lead plaintiff motions;

WHEREAS, Hawkinson and Poser have filed signed, sworn certifications in support of their motions for appointment as Lead Plaintiff, which comply with the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2), setting forth, *inter alia*, their transactions in Live Nation securities;

1  WHEREAS, the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(iii), provides, *inter alia*,
2 the most adequate plaintiff to serve as Lead Plaintiff is, in the determination of the
3 Court, the "person or group of persons" that has the largest financial interest in the
4 relief sought by the class and otherwise satisfies the relevant requirements of Fed. R.
5 Civ. P. 23. *See In re Gemstar-TV Guide Int'l. Sec. Litig.*, 209 F.R.D. 447, 450 (C.D.
6 Cal. 2002); *Osher v. Guess?, Inc.*, No. 01-cv-00871 LGB (RNBx), 2001 WL
7 861694, at *3 (C.D. Cal. Apr. 26, 2001); *In re Orion Sec. Litig.*, No. 08 Civ. 1328
8 (RJS), 2008 WL 2811358, at *4 (S.D.N.Y. Jul. 8, 2008) (citing *In re Fuwei Films
9 Sec. Litig.*, 247 F.R.D. 342, 436-37 (S.D.N.Y. 2007;

10  WHEREAS, courts have endorsed stipulations among competing lead
11 plaintiff movants as promoting the statutory purposes of the PSLRA, and have
12 permitted co-lead plaintiff structures ...[since they] provide greater stability in the
13 prosecution of securities class actions." *Maiman v. Talbott*, No. SACV 09–0012
14 AG, 2009 WL 10675075, at *3 (C.D. Cal. Sept. 14, 2009) (citing *Pirelli Armstrong
15 Tire Corp. Retiree Med. Benefits Trust v. LaBranche & Co., Inc.*, 229 F.R.D. 395
16 (S.D.N.Y. 2004);

17  WHEREAS, Hawkinson and Poser, to the best of their knowledge, believe
18 that they have the largest known financial interests among Class members who filed
19 timely applications for appointment as Lead Plaintiff in this case;

20  WHEREAS, Hawkinson and Poser have each demonstrated adequacy
21 pursuant to Rule 23 and the desire to prosecute this action on behalf of the Class
22 having: (1) moved for appointment as Lead Plaintiff; (2) retained experienced and
23 competent counsel to prosecute this case on behalf of the Class; (3) communicated
24 with counsel concerning the status and facts of this case; and (4) sustained
25 individual losses from their investments in Live Nation securities;

26  WHEREAS, Hawkinson and Poser have demonstrated that their claims are
27 closely aligned with and are typical of other members of the Class as their claims:
28

(1) arise from the same event, practice or course of conduct that gives rise to other Class members' claims; and (2) are based on the same legal theory as other Class members' claims;

WHEREAS, Hawkinson and Poser have alleged that: (1) defendants violated the Exchange Act by publicly disseminating false and misleading statements concerning Live Nation's financial condition; (2) each plaintiff has sustained damages as a result of purchases of Live Nation securities during the Class Period at prices artificially inflated by defendants' alleged misrepresentations and omissions; (3) they are not aware of any unique defenses defendants could raise against them; and (4) they do not have any interests antagonistic to the Class which would render them inadequate to represent the Class;

WHEREAS, the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(iv), provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the Class, and that Hawkinson has selected and retained the Rosen Law Firm PA ("Rosen") and Poser has selected and retained the law firms Glancy Prongay & Murray LLP ("GPM") and Holzer & Holzer LLC ("Holzer"), to pursue this litigation on behalf of the Class if they are appointed Lead Plaintiff;

NOW, THEREFORE, the Parties respectfully request that:

1. Kathryn A. Poser and Christopher Hawkinson are appointed Co-Lead Plaintiffs for the above-captioned action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

2. Kathryn A. Poser and Christopher Hawkinson's selection of counsel is hereby approved, and Rosen Law Firm PA, Glancy Prongay & Murray LLP and Holzer & Holzer LLC are appointed as Co-Lead Counsel.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 25, 2018 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | By: *s/ Robert V. Prongay* |
| 3 | | Lionel Z. Glancy |
| | | Robert V. Prongay |
| 4 | | Lesley F. Portnoy |
| 5 | | Charles H. Linehan |
| | | 1925 Century Park East, Suite 2100 |
| 6 | | Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 201-9150 |
| | | Facsimile: (310) 201-9160 |
| 8 | | Email: rprongay@glancylaw.com |
| 9 | | |
| 10 | | – and – |
| 11 | Dated: June 25, 2018 | **HOLZER & HOLZER LLC** |
| 12 | | By: *s/* Corey D. Holzer |
| 13 | | 1200 Ashwood Parkway, Suite 410 |
| | | Atlanta, Georgia 30338 |
| 14 | | Telephone: (770) 392-0090 |
| 15 | | Facsimile: (770) 392-0029 |
| | | Email: cholzer@holzerlaw.com |
| 16 | | |
| 17 | Dated: June 25, 2018 | **ROSEN LAW FIRM PA** |
| 18 | | By: *s/ Laurence M. Rosen* |
| 19 | | 355 South Grand Avenue Suite 2450 |
| | | Los Angeles, CA 90071 |
| 20 | | Telephone: (213) 785-2610 |
| 21 | | Facsimile: (213) 226-4684 |
| | | Email: lrosen@rosenlegal.com |
| 22 | | |
| 23 | | *Proposed Co-Lead Counsel for Plaintiffs and the Class* |
| 24 | | |

*The filer, Robert V. Prongay, attests that the other signatories listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 25, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 25, 2018, at Los Angeles, California.

                    *s/ Robert V. Prongay*
                    Robert V. Prongay

# Mailing Information for a Case 2:18-cv-03242-SVW-E Kathryn A. Poser v. Live Nation Entertainment, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Melanie M Blunschi**
  melanie.blunschi@lw.com,svdocket@lw.com,sflitigationservices@lw.com,melanie-blunschi-5434@ecf.pacerpro.com,john.eastly@lw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jamie L Wine**
  jamie.wine@lw.com,jamie-wine-2206@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)