**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Counsel for Plaintiffs and the Class*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. POSER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., MICHAEL J. RAPINO, JOE BERCHTOLD, and JARED SMITH,<br><br>Defendants. | Case No.: 2:18-cv-03242-SVW-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Stephen V. Wilson |

NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Co-Lead Plaintiffs Kathryn A. Poser and Christopher Hawkinson ("Plaintiffs") hereby voluntarily dismiss this action, without prejudice, against Defendants Live Nation Entertainment, Inc., Michael J. Rapino, Joe Berchtold, and Jared Smith ("Defendants"). As grounds therefore, Plaintiffs state that: (1) Defendants have not filed an answer or a motion for summary judgment; and (2) this dismissal will not bind or prejudice any party or member of the putative class.

Dated: August 21, 2018

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

– and –

**HOLZER & HOLZER LLC**
Corey D. Holzer
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

– and –

|   |   |
|---|---|
| 1 | **ROSEN LAW FIRM PA** |
| 2 | Laurence M. Rosen |
|   | 355 South Grand Avenue Suite 2450 |
| 3 | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 785-2610 |
|   | Facsimile: (213) 226-4684 |
| 5 | Email: lrosen@rosenlegal.com |
| 6 | *Co-Lead Counsel for Plaintiffs and the Class* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 21, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2018, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 2:18-cv-03242-SVW-E Kathryn A. Poser v. Live Nation Entertainment, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Melanie M Blunschi**
  melanie.blunschi@lw.com,svdocket@lw.com,sflitigationservices@lw.com,melanie-blunschi-5434@ecf.pacerpro.com,john.eastly@lw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Jamie L Wine**
  jamie.wine@lw.com,jamie-wine-2206@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)